UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN

ROBERT W. BENEDICT,

    Plaintiff,

-vs-

Case No. 2:09-cv-14463

HON. Patrick J. Duggan

FULL SPECTRUM SOLUTIONS, INC.
a Michigan corporation and MICHAEL O. NEVINS,
an individual,
jointly and severally,

    Defendants.
_____

## STIPULATED ORDER FOR DISMISSAL

IT IS FURTHER STIPULATED AND AGREED that this case shall be dismissed with prejudice and without costs to any party, but the Court shall retain jurisdiction to enforce any judgment or settlement.

Approved as to form:

| | |
|---|---|
| /s/Scott P. Batey | /s/Nicholas Johnson |
| SCOTT B. BATEY (P54711) | Nicholas Johnson |
| BATEY LAW FIRM, PLLC | Law Offices of Jeanne M. Miller, LLC |
| Attorney for Plaintiff | Attorney for Defendants |
| 30200 Telegraph Road, Suite 400 | 4123-A W. Shamrock Lane |
| Bingham Farms, MI 48025 | McHenry, IL 60050 |
| (248) 540-6800-phone | (815) 759-8900-phone |
| (248) 540-6814-fax | (815) 759-8989-fax |
| sbatey@bateylaw.com | njohnson@lojmm.com |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN**

ROBERT W. BENEDICT,

    Plaintiff,

-vs-

    Case No. 2:09-cv-14463

    HON. Patrick J. Duggan

FULL SPECTRUM SOLUTIONS, INC.
a Michigan corporation and MICHAEL O. NEVINS,
an individual,
jointly and severally,

    Defendants.
_____

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED AND ADJUDGED that this case shall be dismissed with prejudice and without costs to any party, but the Court shall retain jurisdiction to enforce any judgment or settlement.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: July 6, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, July 06, 2011, by electronic and or ordinary mail.

    s/Marilyn Orem
    Case Manager